

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**Miguel Gaudencio Pelayo-Macedo**

No. 08-15306-001M-SD

Citizen of Mexico

Matthew Johnson (AFPD)
Attorney for Defendant

USM#: 74705208        DOB: 1981        ICE#: A96 386 111

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/22/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FORTY (40) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15306-001M-SD**                                                                         Page 2 of 2
USA vs. Miguel Gaudencio Pelayo-Macedo

Date of Imposition of Sentence: **Friday, February 22, 2008**

_____ Date 2/22/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____              By:_____
United States Marshal                                                                 Deputy Marshal
08-15306-001M-SD -

**UNITED STATES DISTRICT COURT** — **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 2/22/2008     CASE NUMBER: 08-15306-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Miguel Gaudencio Pelayo-Macedo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____
INTERPRETER REQ'D: Ricardo Gonzalez
LANGUAGE: Spanish
Attorney for Defendant: Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 2/21/2008
☒ Complaint Filed
☒ Appointment of counsel hearing held
☐ Financial Afdvt taken
☒ No Financial Afdvt taken
☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) __
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 40 Days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Miguel Gaudencio PELAYO-Macedo
Citizen of Mexico
YOB: 1981
A96 386 111
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15306 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about February 21, 2008, near Calexico, California in the Southern District of California, Defendant Miguel Gaudencio PELAYO-Macedo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

_____
Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

February 22, 2008                      at             Yuma, Arizona
Date                                                  City and State

Jay R. Irwin, U.S. Magistrate           _____
Name & Title of Judicial Officer           Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Miguel Gaudencio PELAYO-Macedo

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has one prior apprehension by Immigration and Customs Enforcement.**

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/11/99 | Whittier, CA | Drive w/ License Suspended / Refuse Test | 60 Days Jail |
| 11/17/01 | Norwalk, CA | DUI | No Disposition |
| 07/14/03 | Bakersfield, CA | DUI / Drive w/o License | Bench Warrant |
| 03/11/06 | Fullerton, CA | DUI / Drive w/o License | 3 Years Probation & $390 Fine |
| 06/25/06 | Riverside, CA | DUI / Drive w/o License | No Disposition |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Calexico, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on February 21, 2008.

Charges: 8 USC§1325     (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 22, 2008
Date

_____
Signature of Judicial Officer